UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-10193-JLT |
| ) | |
| ) | VIOLATIONS: |
| v. ) | 18 U.S.C. §922(g) |
| ) | |
| ) | |
| GREGORY F. TZANNOS, ) | |
| a/k/a GREGORY F. TZANNAS, ) | |
| Defendant ) | |

## INDICTMENT

The **GRAND JURY** charges that:

**COUNT ONE: 18 U.S.C. §922(g)(1) Previously Convicted Felon in Possession of Firearms and Ammunition**

On or about August 28, 2003, in Winthrop, in the District of Massachusetts,

**GREGORY F. TZANNOS,
a/k/a GREGORY F. TZANNAS,**

defendant herein, did knowingly possess, in and affecting commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, firearms, to wit: (a) a New Baker double-barreled shotgun which had been sawed off, serial number 26631; (b) a Raven .25 caliber semiautomatic handgun, model MP25, serial number 912093; and (c) a Colt .38 caliber special revolver, serial number 82788; and ammunition,

All in violation of Title 18, United States Code, Section 922(g)(1).

**SUPPLEMENTAL FINDINGS**

The **GRAND JURY** further finds that:

1. The offense charged in Count One involved three to seven firearms.

2. The defendant, GREGORY F. TZANNOS, a/k/a GREGORY F. TZANNAS, possessed at least one firearm identified in Count One in connection with another felony offense, to wit: occupying a place for registering bets, in violation of Mass. Gen. Laws. ch. 271, §17, a Massachusetts offense punishable by imprisonment for a term exceeding one year.

3. The defendant, GREGORY F. TZANNOS, a/k/a GREGORY F. TZANNAS, possessed at least one piece of the ammunition identified in Count One in connection with another felony offense, to wit: occupying a place for registering bets, in violation of Mass. Gen. Laws. ch. 271, §17, a Massachusetts offense punishable by imprisonment for a term exceeding one year.

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS, Boston, June 30, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:36 p