AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

__Boston__                         DISTRICT OF  __Massachusetts__

**APPEARANCE**

Case Number: 04-10193-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Gregory F. Tzannos

Date: 7/21/04

Signature: _Charles R. Balliro_

Print Name: Charles R. Balliro

Address: 162 Shirac Drive

City: Winthrop   State: MA   Zip Code: 02152

Phone Number: (617) 846-7404