UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

2004 AUG 17 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 04-10193-JLT |
| GREGORY F. TZANNOS,<br>a/k/a GREGORY F. TZANNAS | |

### NOTICE OF APPEARANCE

Please enter the appearance of Richard M. Egbert and Patricia A. DeJuneas on behalf of the defendant, Jon Gregory Tzannos, in the above-captioned case.

RESPECTFULLY SUBMITTED,
GREGORY TZANNOS,

By his attorneys,

_Richard Egbert_ /s/
Richard M. Egbert, BBO No. 151800
Patricia A. DeJuneas, BBO No. 652997
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

## CERTIFICATE OF SERVICE

      I, Richard M. Egbert, hereby certify that I caused a copy of the within to Colin Owyang, AUSA, by first class mail, postage prepaid, this 16th day of August, 2004.

                                                          Richard M. Egbert