

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

August 16, 2004

**BY FIRST-CLASS MAIL**

Richard M. Egbert, Esq.
Patricia A. DeJuneas, Esq.
99 Summer Street, Suite 1800
Boston, Massachusetts   02110

    Re:  <u>United States v. Gregory F. Tzannos</u>,
         Criminal No. 04-10193-JLT

Dear Counsel:

    I spoke today to your legal assistant, Tracy Heath, on another matter. She informed me that you now represent Mr. Tzannos in the above-referenced case. Ms. Heath stated that you had received the previous discovery sent under cover letter dated August 11, 2004 to Charles R. Balliro, Esq. and that I should send future correspondence directly to you.

    As follow-up to my August 11, 2004 letter, I have enclosed for you review copies of the following documents which I recently received:

    (1) July 6, 2004 Bureau of Alcohol, Tobacco and Firearms ("ATF") Firearms Trace Summaries for: (a) Smith & Wesson model 10 serial no. 6D59930; (b) Raven Arms MP25 serial no. 912093; (c) Baker Gun Co. shotgun serial no. 26631; and (d) Colt Cobra serial no. LW82788;

    (2) July 12, 2004 ATF Report of Investigation ("ROI");

    (3) two June 17, 2004 ATF ROI's relating to pardons and firearms rights restoration;

    (4) July 13, 2004 ATF ROI; and

    (5) January 24, 1969 certified conviction of Gregory

Tzannos for larceny more than $100 in Essex Superior Court.

Please call me at (617) 748-3151 if you have any questions.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Colin Owyang
COLIN OWYANG
Assistant U.S. Attorney

enclosures

cc: Mr. Thomas Quinn
    Clerk to the Honorable Judith G. Dein
    (w/o enclosure(s))