UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10193-JLT

UNITED STATES OF AMERICA

v.

GREGORY F. TZANNOS,
a/k/a GREGORY F. TZANNAS

**FURTHER ORDER ON EXCLUDABLE TIME**

September 1, 2004

DEIN, M.J.

An Initial Status Conference was held before this Court on September 1, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 18, 2004 - November 17, 2004

that being the period between the expiration of the initial order on excludable time and the next Status Conference.

Based upon the prior order of this court dated July 21, 2004, and this order, at the time of the Interim Status Conference on November 17, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN

United States Magistrate Judge