### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.  04-10193-JLT** |
| | ) | |
| | ) | **VIOLATIONS:** |
| **v.** | ) | **18 U.S.C. §922(g)** |
| | ) | |
| | ) | |
| **GREGORY F. TZANNOS,** | ) | |
| **a/k/a GREGORY F. TZANNAS,** | ) | |
| **Defendant** | ) | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL AND APPEARANCE OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby notices respectfully the withdrawal of AUSA Colin Owyang who will be leaving the office as of September 10, 2004 and the appearance of AUSA Fred Wyshak who will hereafter represent the government in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
FRED WYSHAK
COLIN OWYANG
Assistant U.S. Attorneys