UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GREGORY F. TZANNOS,<br>   a/k/a GREGORY F. TZANNAS | Criminal No. 04-10193-JLT |

## UNOPPOSED MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

Defendant Gregory Tzannos respectfully requests that this Court modify the terms of his pre-trial release to travel with his wife to Las Vegas, Nevada from October 4, 2004 through October 8, 2004.   In support, Mr. Tzannos states as follows:

1. Under the current terms of his release, Mr. Tzannos is not permitted to leave the New England area without the prior approval of this Court.

2. Since he has been released on bail, Mr. Tzannos has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

3. Fred Wyshak, Assistant United States Attorney, does not oppose this motion.

4. Pretrial Services Officer Joshua Ulrich, has no opposition to this Motion as long as Mr. Tzannos provides him with his itinerary and contact information, which Mr. Tzannos will do forthwith.

5.  There has been no change in circumstances that would warrant the Court to believe Mr. Tzannos would not return to Massachusetts to face the charges against him.

WHEREFORE, Mr. Tzannos respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Las Vegas from October 4, 2004 through October 8, 2004.

RESPECTFULLY SUBMITTED,
GREGORY TZANNOS,

By his attorneys,


 /s/ Richard M. Egbert
Richard M. Egbert, BBO No. 151800
Patricia A. DeJuneas, BBO No. 652997
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8222

## **CERTIFICATE OF SERVICE**

      I, Richard M. Egbert, hereby certify that I caused a copy of the within to Fred Wyshak, AUSA, by first class mail, postage prepaid, this 9th day of September, 2004.

      /s/ Richard M. Egbert  
      Richard M. Egbert