UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  04-10193-JLT |
| | ) | |
| | ) | VIOLATIONS: |
| **v.** | ) | 18 U.S.C. §922(g) |
| | ) | |
| | ) | |
| **GREGORY F. TZANNOS,** | ) | |
| **a/k/a GREGORY F. TZANNAS,** | ) | |
|     **Defendant** | ) | |

**GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby notices respectfully the appearance of AUSA Fred Wyshak.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Colin Owang
FRED WYSHAK
COLIN OWYANG
Assistant U.S. Attorneys