UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10193-JLT

UNITED STATES OF AMERICA

v.

GREGORY F. TZANNOS,
a/k/a GREGORY F. TZANNAS

**FINAL STATUS REPORT**

November 17, 2004

DEIN, M.J.

A Final Status Conference was held before this court on Wednesday, November 17, 2004, pursuant to the provisions of Local Rule 116.5(C).  Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1.  It appears at this time that a trial will be necessary.

2.  Discovery is completed at this time.

3.  There are no outstanding or anticipated discovery issues at this time.

4.  The defendant intends to file a motion for a Franks hearing.  All dispositive motions must be filed by January 18, 2005.

5.  Based upon the prior orders of this court dated July 21, 2004, and September 1, 2004 as of this date, there are zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.  The court has, on this date, entered a Further Order on Excludable Time excluding the period of November 17, 2004 through Janaury 18, 2005 to enable the defendant time to prepare his motion.  The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6.       It is estimated that if the case goes to trial, the trial will last approximately 1 week.

7.       The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

        / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge