UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10193-JLT

UNITED STATES OF AMERICA

v.

GREGORY F. TZANNOS,
a/k/a GREGORY F. TZANNAS

**FURTHER ORDER ON EXCLUDABLE TIME**

November 17, 2004

DEIN, M.J.

A Final Status Conference was held before this Court on November 17, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 17, 2004 - January 18, 2005

that being the period between the Final Status Conference and the date by which the defendant is to file his dispositive motions.

Based upon the prior orders of this court dated July 21, 2004, September 1, 2004 and this order, as of January 18, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

        / s / Judith Gail Dein
JUDITH GAIL DEIN

United States Magistrate Judge