UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GREGORY F. TZANNOS,<br>   a/k/a GREGORY F. TZANNAS | Criminal No. 04-10193-JLT |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

The Defendant, Gregory Tzannos, respectfully moves for an extension of time of three weeks to February 8, 2005 as to the filing date for motions. In support thereof, counsel states:

1. Defendant's motions are due to be filed by Tuesday, January 18, 2004;

2. Counsel for the Defendant are currently engaged in an ongoing investigation relative to a Motion for a *Franks* hearing;

3. Assistant United States Attorneys Fred Wyshak and Michael Tabak both assent to this motion;

The parties jointly agree the time be excluded under the Speedy Trial Act.

WHEREFORE, Defendant Gregory Tzannos respectfully requests that the time for filing motions be extended by three weeks to February 8, 2005.

RESPECTFULLY SUBMITTED,
GREGORY TZANNOS,

By his attorneys,


 /s/ Richard M. Egbert
Richard M. Egbert, BBO No. 151800
Patricia A. DeJuneas, BBO No. 652997
99 Summer Street, Suite 1800
Boston, MA  02110
(617) 737-8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that I caused a copy of the within to Fred Wyshak, AUSA, and Michael Tabak, AUSA by first class mail, postage prepaid, this 18th day of January 2005.

  /s/ Richard M. Egbert
Richard M. Egbert