UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10193-JLT

UNITED STATES OF AMERICA

v.

GREGORY F. TZANNOS,
a/k/a GREGORY F. TZANNAS

**FURTHER ORDER ON EXCLUDABLE TIME**

January 20, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 18, 2005 - February 8, 2005

that being the period between the date by which defendant's motions were originally to be filed and the date by which they are now due.

Based upon the prior orders of this court dated July 21, 2004, September 1, 2004, November 17, 2004, and this order, as of February 8, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge