# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES OF AMERICA

v.    **APPEARANCE**

GREGORY F. TZANNOS,

a/k/a "Gregory F. Tzannas"    Case Number:    04-10193-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for United States of America

I certify that I am eligible to practice in this Court pursuant to Local Rule 83.5.3(a).

Note: My e-mail address is michael.tabak@usdoj.gov

| | |
|---|---|
| February 9, 2005 | /s/ *Michael L. Tabak* |
| Date | Signature |
| | Michael L. Tabak        N/A (AUSA) |
| | Print Name        Bar Number |
| | U.S. Attorney's Office, Suite 9200, U.S. Courthouse |
| | Address |
| | Boston        MA        02210 |
| | City        State        Zip Code |
| | 617-748-3203        617-748-3963 |
| | Phone Number        Fax Number |