UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY F. TZANNOS,<br>a/k/a GREGORY F. TZANNAS | Criminal No. 04-10193-JLT |

FILED IN CLERKS OFFICE
2005 FEB -8  A 10: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION FOR EXTENSION OF TIME

The Defendant, Gregory Tzannos, respectfully moves for an extension of time of one week, to February 15, 2005 for the filing of motions. In support thereof, counsel states:

1. Defendant's motions are due to be filed by Tuesday, February 8, 2005;

2. Counsel for the Defendant are currently engaged in an ongoing investigation relative to a Motion for a *Franks* hearing;

3. Counsel requests one additional week to finalize the Motion and its supporting documentation;

4. Mr. Tzannos agrees that the time should be excluded under the Speedy Trial Act.

WHEREFORE, Defendant Gregory Tzannos respectfully requests that this Court grant his Motion for an Extension of Time.

RESPECTFULLY SUBMITTED,
GREGORY TZANNOS,

By his attorneys,

Richard M. Egbert, BBO No. 151800
Patricia A. DeJuneas, BBO No. 652997
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8222

**CERTIFICATE OF SERVICE**

I, Patricia A. DeJuneas, hereby certify that I caused a copy of the within to be served upon Fred Wyshak, AUSA, and Michael Tabak, AUSA by hand this 8th day of February 2005.

Patricia A. DeJuneas