UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 04-10193-JLT |
| | * | |
| | * | |
| GREGORY F. TZANNOS | * | |

ORDER

July 6, 2005

TAURO, J.

After the Status Conference held on July 6, 2005, this court hereby orders that:

1. Defendant's Motion for *Franks* Hearing [#22] is ALLOWED;

2. The *Franks* Hearing is scheduled for September 8, 2005 at 11:30 a.m.; and

3. The Parties shall submit to this court concise Memoranda of Issues to be Decided by September 5, 2005.

IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                                United States District Judge