UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GREGORY F. TZANNOS,<br>  a/k/a GREGORY F. TZANNAS | Criminal No. 04-10193-JLT |

**UNOPPOSED MOTION TO MODIFY TERMS OF
PRETRIAL RELEASE**

Defendant Gregory Tzannos respectfully requests that this Court modify the terms of his pre-trial release to travel with his wife to Las Vegas, Nevada from August 21, 2005 through August 27, 2005.[1]  In support, Mr. Tzannos states as follows:

1. Under the current terms of his release, Mr. Tzannos is not permitted to leave the New England area without the prior approval of this Court.

2. Since he has been released on bail, Mr. Tzannos has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

3. Michael Tabak, Assistant United States Attorney, does not oppose this motion.

4. Pretrial Services Officer Joshua Ulrich, has no opposition to this Motion as long as Mr. Tzannos provides him with his itinerary and contact information, which Mr. Tzannos will do forthwith.

---

[1] Mr. Tzannos previously filed a motion seeking permission to travel to Las Vegas in June 2005.  He did not, however, take that trip.

5.  There has been no change in circumstances that would warrant the Court to believe Mr. Tzannos would not return to Massachusetts to face the charges against him.

WHEREFORE, Mr. Tzannos respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Las Vegas from August 21, 2005 through August 27, 2005.

        RESPECTFULLY SUBMITTED,
        GREGORY TZANNOS,

        By his attorneys,

        /s/ Richard M. Egbert
        Richard M. Egbert, BBO No. 151800
        Patricia A. DeJuneas, BBO No. 652997
        99 Summer Street, Suite 1800
        Boston, MA  02110
        (617) 737-8222

**CERTIFICATE OF SERVICE**

      I, Richard M. Egbert, hereby certify that I caused a copy of the within to Michael Tabak, AUSA, by first class mail, postage prepaid, this 18th day of July, 2005.

         /s/ Richard M. Egbert
        Richard M. Egbert