

*Richard M. Egbert*
*Attorney at Law*

*Patricia A. DeJuneas*
*Admitted to practice in*
*Connecticut & Massachusetts*

99 Summer Street
Suite 1800
Boston, Massachusetts 02110
Telephone (617) 737-8222

Telecopier (617) 737-8223

August 1, 2005

Zita Lovett
Clerk of the Criminal Court
United States District Court
 for the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA  02210

    Re:   U.S. v. Tzannos
            Docket No. 04-10193-JLT

Dear Zita:

    This letter is to confirm that the parties have agreed to reschedule the Hearing on the above-referenced matter from September 8, 2005 to September 29, 2005 at 10:30 a.m.

    As discussed, we will await your instruction as to when the Memoranda of Issues will be due. They are currently scheduled to be submitted on September 5, 2005; however, that is Labor Day.

    Thank you for your help with this matter.

                           Very truly,

                           Michele Velleman

cc:  Michael Tabak, AUSA

*Law Offices of Richard M. Egbert, P.C.*