UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 04-10193-JLT |
| | * | |
| | * | |
| GREGORY F. TZANNOS | * | |

ORDER

September 28, 2005

TAURO, J.

After the Hearing held on September 28, 2005, this court hereby orders that:

1. The evidence obtained pursuant to the search of the home of Defendant Gregory F. Tzannos on August 28, 2003 is hereby suppressed. (See Attached Transcript, Government's Exhibits 1 and 2, and Defendant's Exhibits A, B, C, D, and E).

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge