UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| GREGORY F. TZANNOS | )   Crim. No. 04-10193-JLT |
| a.k.a. GREGORY F. TZANNAS | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL
PRE-HEARING MEMORANDUM**

The government respectfully submits this response to the memorandum that we received from the defense at 4:23 this afternoon. The undersigned is dictating this response from Worcester.

The government strenuously objects to Tzannos's request to have his counsel be present during <u>in camera</u> questioning of Trooper Russolillo. That would completely undermine the government's assertion of privilege and jeopardize the safety of the confidential informant.

Secondly, the government reiterates its position that defendant Tzannos has not made the required substantial preliminary showing. Moreover, the government has never conceded any of the factual allegations by defendant Tzannos - who has the burden of proof - and the government has already indicated that evidence it is prepared to present in an <u>ex parte</u>, <u>in camera</u> proceeding will disprove allegations that defendant Tzannos has made. We also note that defendant Tzannos still has not provided



the Court or the government with the identities of the anonymous individuals who submitted "affidavits" on behalf of the defendant.

The defendant and defense counsel have no right to learn the identity of the confidential informant. Accordingly, the Court can and should resolve this matter by taking testimony from Trooper Russolillo *ex parte* and *in camera*, as proposed by the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael Tabak
Michael L. Tabak
Assistant U.S. Attorney
U. S. Attorney's Office

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by fax and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

> Richard M. Egbert, Esq.
> 99 Summer Street, Suite 1800
> Boston, MA 02110
> Fax Number (617) 737-8223

This 27th day of September, 2005.

*[signature]*
Shauna Neuhauser
Legal Assistant