I, Jerry Ahearn, hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. Gregory Tzannos knows me as "Jerry."

3. I called and placed a wager with Gregory Tzannos on August 16, 2003 and August 25, 2003.

4. At no time did I cooperate with the police, nor was I a confidential informant.

5. I called Gregory Tzannos on telephone number (617) 567-6114.

Signed and sworn under penalties of perjury this __8__ day of February, 2005:

_____
Jerry Ahearn

