I, Paul DeStefano, hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. Gregory Tzannos knows me by my nickname, "Paulie."

3. I called Gregory Tzannos on August 25, 2003 over telephone number (617) 567-6114.

4. At no time did I cooperate with the police, nor was I a confidential informant.

Signed and sworn under penalties of perjury this 21 day of December, 2004:

                                                  Paul A. DeStefano
                                                  Paul DeStefano



EXHIBIT 9-28 B. Tzannos CR 04-10193