I, Joseph McFarland, hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. Gregory Tzannos knows me by my nicknames, "Norton" and "Joey."

3. I placed wagers with Gregory Tzannos on August 16, 2003; August 17, 2003; and August 25, 2003.

4. The only telephone number that I called Gregory Tzannos on was (617) 567-6114.

5. At no time did I cooperate with the police, nor was I a confidential informant.

Signed and sworn under penalties of perjury this 10TH day of January, 2005:

_____
Joseph McFarland

