UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY F. TZANNOS,<br>a/k/a GREGORY F. TZANNAS | Criminal No. 04-10193-JLT |

### DEFENDANT'S SUPPLEMENTAL PRE-HEARING MEMORANDUM

There is a sole issue to be determined in the *Franks* hearing: did the affiant – Massachusetts State Trooper Pasquale Russolillo – fabricate the existence of the sole confidential informant he used to obtain a search warrant? In his Motion for a *Franks* Hearing, Defendant Gregory Tzannos made a substantial preliminary showing that Russolillo did just that. In meeting that burden, Mr. Tzannos submitted a lengthy memorandum, as well as a complex and lengthy affidavit of counsel with many exhibits attached thereto.

In its pre-hearing filing, the prosecution proposed that this Court permit Russolillo to testify *ex parte* and *in camera* as to the existence of the alleged informant. That request, however, entirely deprives Mr. Tzannos the right to confront and cross-examine Russolillo.

Mr. Tzannos respectfully requests that this Court grant the prosecution's relief, in part: to allow Russolillo to testify *in camera*. This solution accomplishes a number of objectives: First, it dispels the shroud of secrecy that the prosecution seeks. Second, it serves the interests of judicial economy by avoiding the need to put on witness after witness and to present evidence to support the allegations in the affidavit of counsel (which, notably,

1



the prosecution has never challenged). Third, it permits Mr. Tzannos, through counsel to confront the affiant. And finally, it permits defense counsel to cross-examine the affiant.

Should this Court permit the parties to proceed in this manner, Mr. Tzannos will waive his presence, and defense counsel of record shall agree not to disclose to any third party,[1] including Mr. Tzannos, the identity of the alleged informant.

Respectfully submitted,<br>
GREGORY TZANNOS<br>
DEFENDANT,<br>
By his attorneys,<br>
<br>
/s/ Richard M. Egbert<br>
Patricia A. DeJuneas, BBO 652997<br>
Richard M. Egbert, BBO 151800<br>
Law Offices of Richard M. Egbert<br>
99 Summer Street, Suite 1800<br>
Boston, Massachusetts 02110<br>
(617) 737-8239

---

[1] To the extent it becomes necessary during the *in camera* proceedings to mention the purported informant, the defense reserves the right to do so.

CERTIFICATE OF SERVICE

I, Richard M. Egbert, hereby certify that on September 27, 2005, I caused the foregoing to be served upon AUSA Michael Tabak, Office of the United States Attorney, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02110.

      /s/ Richard M. Egbert
    Richard M. Egbert