UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

GREGORY F. TZANNOS,
 a/k/a GREGORY F. TZANNAS

Criminal No. 04-10193-JLT

## AFFIDAVIT OF COUNSEL IN SUPPORT
## OF GREGORY TZANNOS'S MOTION FOR A *FRANKS* HEARING

I, Patricia A. DeJuneas, hereby depose and say:

1. I, along with Richard M. Egbert, represent Mr. Tzannos in this case.

2. As Mr. Tzannos's attorneys, we conducted an investigation into the accuracy of the affidavit in support of the search warrant that was executed at Mr. Tzannos's home on August 23, 2003. That affidavit was authored by Massachusetts State Trooper Pasquale Russolillo.

3. Based upon information we learned during that investigation, as well as by reviewing Trooper Russolillo's affidavit and documents seized during the execution of the warrant, I have substantial reasons to believe that several allegations in Russolillo's affidavit are not true.



1

4. Specifically, I have substantial reasons to believe that the confidential informant whom Trooper Russolillo identified as "CI-1" did **not**, as Russolillo claims in his affidavit:

   a. call Mr. Tzannos over telephone number (617) 567-6114 on August 16, 2003 and place a wager;

   b. call Mr. Tzannos over telephone number (617) 567-6114 on August 17, 2003 and place a wager;

   c. call Mr. Tzannos over telephone number (617) 567-6114 on August 20, 2003 and place a wager; or

   d. place a controlled call to Mr. Tzannos over telephone number (617) 567-6114 on August 25, 2003.[1]

5. I believe that my conclusions are justified by the documents I attach hereto as Exhibits, as well as by Trooper Russolillo's affidavit. The basis for my beliefs are explained in more detail in the following paragraphs:

6. Exhibit A is a copy of two ledger sheets for the week of August 11 through 17, 2003.[2] These ledger sheets were seized during the execution of the search warrant at issue, and the originals are in custody of the prosecution.

---

[1] See Exh. 1 to Mr. Tzannos's Motion for a *Franks* Hearing at ¶¶ J, M and N.

[2] Although the ledger sheets do not indicate the year, they do indicate the month, the day of the month, and the day of the week. I confirmed that they are from the year 2003 by comparing the ledger sheets to a calendar for the month of August of 2003 (Exh. B). That is, the calendar for August of 2003 shows that, as indicated on the ledger sheets, August 11th was a Monday, the 12th was a Tuesday, the 13th was a Wednesday, the 14th was a Thursday, the 15th was a Friday, the 16th was a Saturday, and the 17th was a Sunday. Moreover, timing strongly suggests that the ledger sheets are from 2003. Indeed, the search that yielded these documents was conducted in August of 2003, just days after the ledger sheets were created.

7. Exhibit A shows that, on August 16, 2003, the following individuals – referenced as they are on the ledger sheets and not by their full names – bet on sporting events: (1) Batman; (2) Chris; (3) Ernie;[3] (4) Fisher; (5) Jerry; (6) Keith; (7) Steve; (8) Ted; (9) Doug; (10) Hunka; (11) Joe Z; (12) Mike S; (13) Nancy; (14) Rick W; (15) Rob K; (16) Walter H; and (17) Wally.

8. Although the ledger sheets for August 16, 2003 list seventeen bettors, not every one of them called to place their bets:

   a. Neither Batman nor Steve called; instead, Norton placed their bets for them by calling (617) 567-6114. *See* Exh. E (Aff. of Mr. Tzannos); F (Aff. of Norton).

   b. Neither Doug, Hunka, Joe Z, Mike S, Nancy, Rick W, Rob K, Walter H, nor Wally called; instead, Tuna placed their bets for them by calling calling telephone number (617) 846-4970. *See* Exh. D, G (Aff. of Tuna).

9. **Because none of the bettors identified in ¶8a and ¶8b called themselves to place bets, they could not possibly have been Russolillo's alleged informant.**

10. Of those who did call on **August 16, 2003** to place bets, only four called **(617) 567-6114**, the telephone number identified in Trooper Russolillo's affidavit: Chris, Keith, Jerry and Norton. *See* Exh. H (Aff. of Chris), I (Aff. of Keith), J

---

[3] Although the ledger sheet indicates that Ernie had an "account," a woman named Bev is the person who actually called and placed the wagers for Ernie on the relevant dates. *See* Exh. C. Bev denies, under oath, that she was Russolillo's informant. *See id.*
And, even though Ernie did not place calls on any of the four relevant dates, in an abundance of caution, we obtained an affidavit from him. Like the others, Ernie denies – under oath – that he was the confidential informant. *See* Exh. D.

(Aff. of Jerry), and F (Aff. of Norton). **Each denies, under oath, that he was Russolillo's informant.** *See id.*

11. Each of the people who placed bets over different telephone numbers on August 16, 2003 (Bev, Fisher, Ted, and Tuna) has also signed an affidavit, denying under oath that s/he was a confidential informant. *See* Exh. C, K (Aff. of Fisher), L (Aff. of Ted) and G.

12. Exhibit A also shows that, on August 17, 2003, the following people called and placed bets: (1) Bev (on behalf of Ernie); (2) Fisher; (3) Keith; (4) Norton (on behalf of Steve); and (5) Tuna (on behalf of Hunka, Rick W, and Rob K).

13. Of the people who called to place bets on **August 17, 2003**, only two called **(617) 567-6114**, the telephone number referenced in Russolillo's affidavit: Keith and Norton. **They deny, under oath, being Russolillo's informant.** *See* Exh. I and F.

14. The other three people who called on August 17, 2003 (Bev, Fisher, and Tuna) did so over different telephone numbers (not the one explicitly identified in Russolillo's affidavit). In any event, they also also deny being Russolillo's informant. *See* Exh. C, K, and G.

15. Exh. M is a copy of two weekly ledger sheets for the week of Monday, August 18, 2003 through Sunday, August 24, 2003. It shows that, on Wednesday, August 20, 2003, the following people called and registered bets: (1) Bev (on behalf of Ernie); (2) Fisher; and (3) Tuna (on behalf of Hunka).

16. **None of the people who called to place bets on August 20, 2003 called (617) 567-6114, the telephone number referenced in Russolillo's affidavit.** *See* Exh.

C, K, and G. Nevertheless, we obtained affidavits from each; **each denies being the informant.** *See id.*

17. Exh. N is a copy of the ledger sheets for the week of Monday, August 25, 2003 through Sunday, August 31, 2003. It shows that five people called and registered wagers on August 25, 2003: (1) Bev; (2) Fisher; (3) Fredly; (4) Jerry; and (5) Norton (on behalf of Steve).

18. Of the people who called to place bets on **August 25, 2003**, only two (Jerry and Norton) called **(617) 567-6114**, the telephone number identified in Russolillo's affidavit. *See* Exh. I, E. **Both deny being the informant.** *See id.*

19. The people who placed bets over different telephone numbers (Bev, Fredly and Fisher) on August 25, 2003 also deny being Russolillo's informant. *See* Exh. C, O (Aff. of Fredly), and K.

20. In addition to the ledger sheets, there are four audiocassettes that reveal who called on August 25, 2003. I, along with Mr. Tzannos, listed to each of these tapes (as well as other tapes).

21. Only one of the four audiocassette tapes is a recording of telephone calls made to telephone number **(617) 567-6114**, the number referenced in Russolillo's affidavit. That tape is identified with Bates No. 939. A transcript of that tape reveals that three people made gaming related calls to that number **on August 25, 2003**: Paulie, Norton (a/k/a "Joey") and Jerry. *See* Exh. P. **Each has signed an affidavit denying under oath that he is the informant.** *See* Exh. Q (Aff. of Paulie), F, and J.

5

22. The other three tapes which contain recordings from August 25, 2003 (tapes identified with Bates Nos. 883, 938, and 940) reveal the following:

   a. The tape identified with Bates No. 883 is a recording of incoming calls made to telephone number (617) 546-4970 on several days, including August 25, 2003. On August 25, 2003, this tape recorded an incoming call made by Tuna (who, as discussed above, denies under oath being the informant) and answered by a woman.

   b. The tape identified with Bates No. 938 is a recording of incoming calls made to telephone number (617) 846-4970 on several days, including August 25, 2003. On August 25, 2003, this tape recorded incoming calls made by Tuna (who, as discussed above, denies under oath being the informant).

   c. The tape identified with Bates No. 940 is a recording of incoming calls made to telephone number (617) 561-0941 on several days, including August 25, 2003. On August 25, 2003, this tape recorded incoming calls made by Bev, Fredly, and Fisher. As discussed above, each has signed an affidavit denying that s/he was Russolillo's informant.

Signed and sworn under penalties of perjury this 15th day of February, 2005:

_____
Patricia A. DeJuneas

6

## CERTIFICATE OF SERVICE

I, Patricia A. DeJuneas, hereby certify that I caused this document to be served by hand delivery upon on Assistant United States Attorneys Frederick Wyshak and Michael Tabek, this 10 day of February 2005.

_____
Patricia A. DeJuneas