| | 8-11 Mon | 8-12 Tue | 8-13 Wed | 8-14 Th | 8-15 Fri | 8-16 Sat | 8-17 Sun |
|---|---|---|---|---|---|---|---|
| Batman | 50 | 125 | 125 | 125 | 180 | 150 | |
| Crish | 270 | 270 | 425 | 325 | 175 | 55 | |
| Ernie | S=2236 H=31 | S=1479 H=65 | S=3715 H=34 | S=348 H=65 | 356 249 | W=385 H=70 | 3825 SW=289 | S=490 H=95 | S=3135 H=354 | S=462 H=795 | S=246 H=59 |
| Fisher | 790 | 1020 | 920 | 870 | 1070 | 980 | 1010 |
| Jerry | 50 | 50 | 50 | 100 | 170 | 113 | 115 |
| Kieth | 600 | 700 | 300 | 400 | 900 | 400 | 600 |
| Steve Norton | | | | | | 80 | |
| Ted | | | | | | 100 | 100 |

0716

| | 8-11 Mon | 8-12 Tue | 8-13 Wed | 8-14 TH | 8-15 Fri | 8-16 Sat | 8-17 Sun |
|---|---|---|---|---|---|---|---|
| | 880 | 920 | 2850 | | 2552 | 2260 | |
| Doug MK | | | | | | 200 | 0 |
| Hanka | 1080 | 1140 | 2160 | 2160 | 2720 | 2720 | 2400 |
| Joe Z | | | | | | 200 | 200 |
| Mike S | | | | | | 200 | 200 |
| Nancy | | | | | | 0 | 0 |
| Rick W | 0 | 240 | 240 | 240 | 240 | 240 | 0 |
| Bob K | | | 250 | 250 | 340 | 340 | 360 |
| 97162 H | 100 | 100 | 100 | 100 | 110 | 90 | 0 |
| Wally | | | | | | 200 | 200 |

0717