I,  hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. Gregory Tzannos knows me by my nickname, "Bev."

3. At my significant other's (Ernie) direction, I placed wagers with Gregory Tzannos on August 16, 17, 20, and 25 2003.

4. At no time did I ever give the police information about Gregory Tzannos, nor have I ever been a confidential informant.

5. During August, 2003, the only telephone number that I or Ernie called Gregory Tzannos on was (617) 561-0941.

Signed and sworn under penalties of perjury this 22 day of December, 2004: