I, ████████, hereby depose and say:

1. I understand the obligations of an oath and am over the age 18.

2. Gregory Tzannos knows me by my nickname, "Ernie."

3. My significant other, "Bev," placed wagers with Gregory Tzannos, at my direction, on August 16, 17, 20, and 25, 2003.

4. I have never been a confidential informant, and did not give any information to any police officer about Gregory Tzannos.

5. The only telephone number that I or Bev had in August, 2003 for Gregory Tzannos was (617) 561-0941.

Signed and sworn under penalties of perjury this 22rd day of December, 2004:

