I, Gregory Tzannos, hereby depose and say:

1. I am over the age of 18 and understand the obligation of an oath.

2. Batman and Steve never called to place bets. Instead, Norton placed their bets for them over (617) 567-6114.

3. Neither Doug, Hunka, Joe Z, Mike S, Nancy, Rick W, Rob K, Walter H, nor Wally called to place bets. Instead, Tuna placed their bets for them over (617) 846-4970.

4. I listened to the tapes identified with Bates No. 883 and 938 and recognized the voice of the incoming caller as Tuna.

5. I listened to the tape identified with Bates No. 940 and recognized the voices of the incoming callers as Bev, Fredly and Fisher.

Signed and sworn under penalties of perjury this 5th day of February, 2005:

_____
Gregory Tzannos