I ████████████ hereby depose and say:

1.  I understand the obligations of an oath and am over the age of 18.

2.  Gregory Tzannos knows me by my nickname "Chris."

3.  I placed a wager with Gregory Tzannos on August 16, 2003 over telephone number (617) 567-6114.

4.  I am not an informant, confidential or otherwise, nor did I provide State Trooper Pasquale Russolillo with any information concerning Mr. Tzannos at any time.

Signed and sworn under penalties of perjury this ___4___ day of ___2___, 2005:

