I, Keith  hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. I placed wagers with Gregory Tzannos on August 16, 2003 and August 17, 2003 over telephone number (617) 567-6114.

3. I am not an informant, confidential or otherwise, nor did I provide State Trooper Pasquale Russolillo with any information concerning Mr. Tzannos at any time.

Signed and sworn under penalties of perjury this 4 day of Feb, 2005:



Keith