I, ▅▅▅▅ hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. Gregory Tzannos knows me by my nickname, "Fisher."

3. I placed wagers with Gregory Tzannos on August 16, 2003; August 17, 2003; August 20, 2003; and August 25, 2003.

4. At no time did I cooperate with the police, nor was I a confidential informant.

5. The only telephone number that I called Gregory Tzannos on was (617) 561-0941.

Signed and sworn under penalties of perjury this 16th day of December, 2004: