I, ███████████ hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. Gregory Tzannos knows me by my nickname, "Ted."

3. I placed wagers with Gregory Tzannos on August 16, 2003.

4. At no time did I cooperate with the police, nor was I a confidential informant.

5. The only telephone number that I called Gregory Tzannos on was (617) 561-0941.

Signed and sworn under penalties of perjury this _15_ day of February, 2005:

