| | 8-18 Mon | 8-19 Tue | 8-20 Wed | 8-21 TH | 8-22 FR | 8-23 SAT | 8-24 Sun |
|---|---|---|---|---|---|---|---|
| Crissy | 70 | 0 | 0 | 100 | 0 | 150 | 0 |
| Ernie | S=465 | S=232 | S=275 | S=341 | S=1403 | S=1300 / S=1018  J=621 | 314 |
| Fisher | 200 | 290 | 170 | 170 | 250 | 330 | 80 |
| Jerry | Ash 50 | 0 | | 55 | 82 | 92 | 2 |
| Jay | 40 | 120 | | 115 | 150 | 85 | 35 |
| Stac | NoTron 25 | 0 | 0 | 71 | 67 | 0 | 0 |
| T&O | FS | | DKOL | | | 40 | |

0845