| | 8-25 MON | 8-26 TUE | 8-27 WED | 8-28 TH- | 8-29 FRI | 8-30 SAT | 8-31 SUN |
|---|---|---|---|---|---|---|---|
| Bev | S=225 H=857 | S=17 H=45 | S=245 H=85L | S=375 H=760 | S=93 H=672 | | |
| Fisher | 10 | | 60 | 240 300 | | | |
| Fred N | 110 | | 110 | 110 | | | |
| Fred Norton | | | | 75 | | | |
| Jerry Anja | 50 | | 50 | 100 | | | |
| Jay | 40 | | | 100 | | | |
| Mike Josephs | | | | 25 | | | |
| Steve Norton | 50 | | 50 | 50 | | | |
| Ted | | | | 100 | | | |

0843

| | 8-25 Mon | 8-26 Tue | 8-27 Wed | 8-28 Thr | 8-29 Fri | 8-30 Sat | 8-31 Sun |
|---|---|---|---|---|---|---|---|
| Mido's | | | 200 | | | | |
| Rick W | | 400 | 500 160 | | | | |

0844