I, ███████ hereby depose and say:

1. I understand the obligations of an oath and am over the age of 18.

2. Gregory Tzannos knows me by my nickname, "Fredly."

3. I called Gregory Tzannos on August 25, 2003 and placed a bet.

4. At no time did I cooperate with the police, nor was I a confidential informant.

5. The only telephone number that I have called Gregory Tzannos on was (617) 561-0941.

Signed and sworn under penalties of perjury this ____ day of December, 2004: