U.S. v. Tzannos                                                   Page 4

1       M1:  I ain't getting them.

2       M2:  Uh, thanks.

3       M1:  All right.

4       M2:  I'll call you later.

5       M1:  Bye.

6  [hang up]

7  [dial tone]

8  [phone dialing]

9       OPERATOR:  Please hold.

10      M1:  [inaudible] number two.

11  [hang up]

12  [dial tone]

13  [dial tone]

14  [phone dialing]

15      M1:  We're all set. I'll talk to you tomorrow. Good
16  bye.

17  [hang up]

18  [multiple dial tones]

19  [End of recording]

20  **Bates #939**

21      M1:  Hello?

22      M2:  Hey, Kid.

23      M1:  Hi, Pauley.

24      M2:  How are you?

| | | |
|---|---|---|
| 1 | M1: | What's up buddy? |
| 2 | M2: | Not much. |
| 3 | M1: | Back to work. |
| 4 | M2: | Yep. |
| 5 | M1: | What time'd you leave there last night? |
| 6 | M2: | I had to go to a baseball game. |
| 7 | M1: | Oh, yeah. |
| 8 | M2: | I only stayed for a half hour. |
| 9 | M1: | Yeah. |
| 10 | M2: | Montreal five a half. |
| 11 | M1: | Uh, yeah. |
| 12 | M2: | Cincinnati even. |
| 13 | M1: | Yeah. |
| 14 | M2: | Arizona 2-12 or one and a half, two runs. |
| 15 | M1: | Yeah. |
| 16 | M2: | The Yankees two twelve or one and a half two |
| 17 | | runs. |
| 18 | M1: | Right. |
| 19 | M2: | Oakland, five a half. |
| 20 | M1: | Mh huh. |
| 21 | M2: | Football games. Denver five with a thirty nine. |
| 22 | | Okay. |
| 23 | M1: | Okay. |
| 24 | M2: | Thank you. |

U.S. v. Tzannos                                                    Page 14

1       M1:   Thanks, Pauley.
2       M2:   Thank you.
3       M1:   Bye.
4   [hang up]
5   [phone ringing]
6       GREG:   Hello.
7       JERRY:  Hey, Greg.
8       GREG:   Hi, Jerry.
9       JERRY:  How are you pal.
10      GREG:   What's up?
11      JERRY:  Football.
12      GREG:   I have Denver five and thirty nine.
13      JERRY:  Fifty in the over.
14      GREG:   Over for fifty.
15      JERRY:  And what was last week?
16      GREG:   Last week, I had lose 92.
17      JERRY:  Okay, pal.
18      GREG:   Okay.
19      JERRY:  Thanks buddy.
20      GREG:   Okay, pal.
21  [hang up]
22  [phone dialing]
23      GREG:   Hello.
24      JOEY:   Greg.

```
1      GREG:   Yeah.
2      JOEY:   What's going on?
3      GREG:   Hey, Joey.
4      JOEY:   How you doing.
5      GREG:   What's up.
6      JOEY:   What's the football line like.
7      GREG:   I've got Denver five and thirty nine.
8      JOEY:   Five and thirty nine.
9      GREG:   Yeah.
10     JOEY:   What's the Yankee spread?
11     GREG:   The yanks.  One an a half two run or t.
12   twelve.
13     JOEY:   Two twelve.
14     GREG:   Yeah.
15     JOEY:   Do you have a figure there, Greg.
16     GREG:   Figure Joey.  I have the kid Steve winning
17   fifty bucks.
18     JOEY:   Yeah.
19     GREG:   I had to carry a 75.
20     JOEY:   I owe you twenty five dollars.
21     GREG:   Right, yeah.
22     JOEY:   Greg, I went to see the probation office:
23   today.
24     GREG:   Yeah.
```

U.S. v. Tzannos                                                    Page 4

1       JOEY:  Right.
2       GREG:  What did he say?
3       JOEY:  He's a fuckin' mother fuckin' guy, right.
4       GREG:  Why, what happened?
5       JOEY:  So, I'm—He seems nice and stuff right?
6       GREG:  Yeah.
7       JOEY:  But he made me go over to Cambridge, right, he
8    courthouse in Cambridge.
9       GREG:  Yeah.
10      JOEY:  I was going to have to pick up a piss test.
11      GREG:  Uh.
12      JOEY:  But, now what he did they, I didn't have to
13   take the piss test.  They gave me a number.  I've got to
14   call every morning, right, my color is purple.  And if I
15   call and the recording says purple, that's my color, then
16   I've got to go take a piss test.
17      GREG:  [sigh]
18      JOEY:  I talked to Sherry today, right.
19      GREG:  Yeah.
20      JOEY:  His color's gray.  He said the last time he had
21   to piss, right it was like three months ago.  He told me
22   that the color purple is a very low category.  As long as I
23   don't fuck around, Greg, I should be fine, right?
24      GREG:  How long is your probation?

U.S. v. Tzannos                                                          Page 4

```
 1        JOEY:  Two fuckin' years, Greg.
 2        GREG:  Holy Shit.
 3        JOEY:  Two fuckin' two fuckin' years.  That's a long,
 4   long time.
 5        GREG:  So, they drug test you?
 6        JOEY:  Yeah.  They're going to, they're going to
 7   random, uh, screen.  I didn't think it was going to be like
 8   this.  After I came out of there, I was bullshit.  I called
 9   the lawyer, you know he didn't explain it to   .
10        GREG:  Yeah.
11        JOEY:  The lawyer is on vacation till uh, till
12   Thursday.  I thought it was just like he might tell me once
13   or twice during the, you know what I'm saying.  Take a piss
14   test.  Every morning you've got to call the number, my
15   color assignment is purple.
16        GREG:  What a pain in the balls.
17        JOEY:  It's a pain in the balls, Greg.  I had to go
18   park, there's no where to park over there in Cambridge.
19        GREG:  What you do is just, you've got to clear off
20   the fuckin' ziti.
21        JOEY:  Exactly.
22        GREG:  That's it.
23        JOEY:  Exactly.
24        GREG:  You know.
```

U.S. v. Tzannos                                                  Page 16

1     JOEY:  If I want to have a glass of wine or a couple
2  of beers, I don't kill no one.
3     GREG:  You can kill yourself with the booze, but the
4  fuckin'—
5     JOEY:  Exactly.
6     GREG:  The junk you've got to stay away from.
7     JOEY:  Greg, you had to see the characters in there
8  this morning.  I got a meter  I was in Somerville around
9  eleven.  I came home and I went over there.  I went to the
10 probation officer direct.  He says you don't belong here.
11 Look at you.  I had a pair of slacks and like a shirt on,
12 Greg.  He says go over to Cambridge.
13 [call ends]
14 [phone ringing]
15    GREG:  Hello.
16    NORTON:  Greg?
17    GREG:  Yeah.
18    NORTON:  [inaudible] Yankees [inaudible] for fifty
19 dollars.
20    GREG:  The Yankees minus two runs for fifty bucks.
21    NORTON:  Yep.
22    GREG:  All right. Norton.
23    NORTON:  See you tomorrow, Greg.
24    Good night.

```
 1    [hang up]
 2    [beep]
 3    [phone ringing]
 4        GREG:  Hello.  I can't get to the phone right now.
 5    Please leave a message.  I'll get right back to you.
 6    Thanks.
 7    [beep]
 8    [dial tone]
 9    [phone ringing]
10        GREG:  Hello.  I can't get to the phone right now.
11    Please leave a message.  I'll get right back to you.
12    Thanks.
13    [beep]
14    [dial tone]
15    [phone ringing]
16        GREG:  Hello.  I can't get to the phone right now.
17    Please leave a message.  I'll get right back to you.
18    Thanks.
19    [beep]
20        F:  Heya.  [inaudible].  I [inaudible].  ain't
21    [inaudible] that's bad luck.  C and Dahlia.
22        F2:  Dahlia.
23    [dial tone]
24    [phone ringing]
```

U.S. v. Tzannos                                              Page 5

```
 1       GREG:  Hello.  I can't get to the phone right now.
 2   Please leave a message.  I'll get right back to you.
 3   Thanks.
 4   [beep]
 5   [dial tone]
 6   [phone ringing]
 7       GREG:  Hello.  I can't get to the phone right now.
 8   Please leave a message.  I'll get right back to you.
 9   Thanks.
10   [beep]
11   [dial tone]
12   [phone ringing]
13       GREG:  Hello.  I can't get to the phone right now.
14   Please leave a message.  I'll get right back to you.
15   Thanks.
16   [beep]
17   [dial tone]
18   [phone ringing]
19       GREG:  Hello.  I can't get to the phone right now.
20   Please leave a message.  I'll get right back to you.
21   Thanks.
22   [beep]
23   [dial tone]
24   [phone ringing]
```

CAMBRIDGE TRANSCRIPTIONS                              WIRE TRANSMISSIONS

U.S. v. Tzannos                                                  Page 51

1      M1:  Hello.
2      M2:  Hello.
3    [hang up]
4    [phone ringing]
5      GREG:  Hello.
6      JAMES:  Greg.
7      GREG:  Yeah.
8      JAMES:  How you going buddy?
9      GREG:  Hey, James.
10     JAMES:  You ready.
11     GREG:  Yeah.
12     JAMES:  All right.
13     National League.  Montreal.  Pick them.
14     GREG:  Yeah.
15     JAMES:  Florida.  Five a half.
16     GREG:  Yeah.
17     JAMES:  Milwaukee, even.
18     GREG:  Mh huh.
19     JAMES:  Atlanta's eight and a half.  Two.
20     GREG:  Right.
21     JAMES:  Houston six.
22     GREG:  Yeah.
23     JAMES:  Chicago six.
24     GREG:  Yeah.