UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | |
| ) | Criminal No. 04-10193-JLT |
| GREGORY F. TZANNOS,      ) | |
|      a/k/a            ) | |
| GREGORY F. TZANNAS      ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Tauro, J.) September 28, 2005 oral order suppressing evidence in the case against the defendant Gregory F. Tzannos, and from its September 28, 2005 written order which was entered on the docket on October 12, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Michael L. Tabak
      MICHAEL L. TABAK
      Assistant U.S. Attorney

**Certificate of Service**

I, Michael Tabak, hereby certify that I have caused a copy of this notice to be served by first-class mail on (1) Charles R. Balliro, Esq., 162 Shore Drive, Winthrop, MA 02152; (2) Michael A. Cioffi, Esq., 452 Bennington Street, E. Boston, MA 02128; and (3) Richard M. Egbert, Esq., Law Office of Richard M. Egbert, 99 Summer Street, Suite 1800, Boston, MA 02110 on October 26, 2005.

/s/ Michael L. Tabak
Michael L. Tabak
Assistant U.S. Attorney