UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 04-10193-JLT |
| GREGORY F. TZANNOS, | ) | |
| a/k/a | ) | |
| GREGORY F. TZANNAS | ) | |

## CERTIFICATION

The government has filed a notice of appeal of the district court's (Tauro, J.) September 28, 2005 oral and written orders suppressing evidence in the case against the defendant Gregory F. Tzannos. In accordance with 18 U.S.C. §3731, the United States Attorney hereby certifies to the district court that the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

_____
MICHAEL J. SULLIVAN
United States Attorney

## Certificate of Service

I, Michael Tabak, hereby certify that I have caused a copy of this notice to be served by first-class mail on: (1) Charles R. Balliro, Esq., 162 Shore Drive, Winthrop, MA 02152; (2) Michael A. Cioffi, Esq., 452 Bennington Street, E. Boston, MA 02128; and (3) Richard M. Egbert, Esq., Law Office of Richard M. Egbert, 99 Summer Street, Suite 1800, Boston, MA 02110 on October 26, 2005.

_____
Michael L. Tabak
Assistant U.S. Attorney