## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10193

United States of America

v.

Gregory F. Tzannos

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 3, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/4/05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-10193-JLT-ALL

Case title: USA v. Tzannos          Date Filed: 06/30/2004

Assigned to: Judge Joseph L. Tauro

**Defendant**

Gregory F. Tzannos (1)      represented by    **Charles R. Balliro**
*also known as*                                                     162 Shore Drive
Gregory F. Tzannas (1)                               Winthrop, MA 02152
                                                                            617-846-7404
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael A. Cioffi**
Michael Croffi Law Office
452 Bennington Street
East Boston, MA 02128
617-561-0055
Fax: 617-567-0350
*TERMINATED: 07/21/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Patricia A. DeJuneas**
Law Office of Richard Egbert
Suite 1800
99 Summer Street
Boston, MA 02110
617-737-8222
Fax: 617-737-8223
Email: padejuneas@egbertlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard M. Egbert**
Law Office of Richard M. Egbert
99 Summer Street
Suite 1800
Boston, MA 02110

617-737-8222
Fax: 617-737-8223
Email: regbert@egbertlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922 (g)(1)-PREVIOUSLY CONVICTED FELON IN POSSESSION OF FIREARMS AND AMMUNITION (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**     represented by     **Colin Owyang**
National Grid USA
25 Research Drive
Westborough, MA 01582
508-389-2562
Fax: 508-389-2463
Email: colin.owyang@us.ngrid.com
*TERMINATED: 09/07/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred M. Wyshak, Jr.**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200

Boston, MA 02210
617-748-3201
Fax: 617-748-3963
Email: Fred.Wyshak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Tabak**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3203
Fax: 617-748-3963
Email: michael.tabak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2004 | 1 | INDICTMENT as to Gregory F. Tzannos (1) count(s) 1. (Diskes, Sheila) (Entered: 07/01/2004) |
| 06/30/2004 | 2 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: Pretrial as to Gregory F. Tzannos (Diskes, Sheila) (Entered: 07/01/2004) |
| 07/21/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance and Arraignment as to Gregory F. Tzannos (1) Count 1 held on 7/21/2004; Attorney Charles Balliro files appearance for dft. Dft. pleads not guilty; Dft. released on bond with conditions; status conference is set for 9/1/04 @11:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 07/22/2004) |
| 07/21/2004 |  | Attorney update in case as to Gregory F. Tzannos. Attorney Charles R. Balliro for Gregory F. Tzannos added. Attorney Michael A. Cioffi terminated. (Quinn, Thomas) (Entered: 07/22/2004) |
| 07/21/2004 | 3 | NOTICE OF ATTORNEY APPEARANCE: appearing for Gregory F. Tzannos (Quinn, Thomas) (Entered: 07/22/2004) |
| 07/21/2004 | 4 | Appearance Bond Entered as to Gregory F. Tzannos in amount of $ 200,000.00, (Quinn, Thomas) (Entered: 07/22/2004) |
| 07/21/2004 | 5 | Judge Judith G. Dein : ORDER entered ORDER Setting Conditions of Release (Quinn, Thomas) (Entered: 07/22/2004) |
| 07/21/2004 | 6 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Gregory F. Tzannos Status Conference set for 9/1/2004 11:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 07/22/2004) |

| | | |
|---|---|---|
| 07/21/2004 | 7 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gregory F. Tzannos Time excluded from 7/21/04 until 8/18/04. (Quinn, Thomas) (Entered: 07/22/2004) |
| 08/17/2004 | 8 | NOTICE OF ATTORNEY APPEARANCE: Patricia A. DeJuneas, Richard M. Egbert appearing for Gregory F. Tzannos (Abaid, Kim) (Entered: 08/18/2004) |
| 08/23/2004 | 9 | NOTICE re automatic disclosure as to Gregory F. Tzannos (Abaid, Kim) (Entered: 08/24/2004) |
| 08/23/2004 | 10 | Letter regarding discovery as to Gregory F. Tzannos from Colin Owyang. (Abaid, Kim) (Entered: 08/24/2004) |
| 09/01/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Gregory F. Tzannos held on 9/1/2004; AUSA Owyang and Attorney DeJuneas report discovery is ongoing and request additional time. Next conference is set for 11/17/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 09/02/2004) |
| 09/01/2004 | 11 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Gregory F. Tzannos Status Conference set for 11/17/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 09/02/2004) |
| 09/01/2004 | 12 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gregory F. Tzannos Time excluded from 8/18/04 until 11/17/04. (Quinn, Thomas) (Entered: 09/02/2004) |
| 09/07/2004 | 13 | NOTICE of Withdrawal of Appearance in case as to Gregory F. Tzannos. Attorney Colin G. Owyang terminated. (Owyang, Colin) (Entered: 09/07/2004) |
| 09/09/2004 | 14 | MOTION to Modify Conditions of Release as to Gregory F. Tzannos. (Egbert, Richard) (Entered: 09/09/2004) |
| 09/09/2004 | 15 | NOTICE OF ATTORNEY APPEARANCE Fred M. Wyshak Jr. appearing for USA. (Abaid, Kim) (Entered: 09/10/2004) |
| 09/10/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 14 Motion to Modify Conditions of Release as to Gregory F. Tzannos. Defendant is to comply with reporting requirements set by Pre-trial Services. (Dambrosio, Jolyne) (Entered: 09/10/2004) |
| 09/10/2004 | | Notice of correction to docket made by Court staff. Correction: docket entry 15 corrected because: Notice of Appearance was for Fred Wyshak. Re-entered docket entry to correct as to Gregory F. Tzannos (Abaid, Kim) (Entered: 09/10/2004) |
| 11/17/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Gregory F. Tzannos held on 11/17/2004; AUSA Kelley and Attorney DeJunis report current case status and dft. seeks time to file motions; USMJ Dein sets 1/18/05 filing deadline for motions and will return file to district court. (Court Reporter D.R..) |

| | | |
|---|---|---|
| | | (Quinn, Thomas) (Entered: 11/17/2004) |
| 11/17/2004 | 16 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Gregory F. Tzannos (Quinn, Thomas) (Entered: 11/18/2004) |
| 11/17/2004 | 17 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Gregory F. Tzannos Time excluded from 11/17/04 until 1/18/05. (Quinn, Thomas) (Entered: 11/18/2004) |
| 01/18/2005 | 18 | Assented to MOTION for Extension of Time to February 8, 2005 to File Motions as to Gregory F. Tzannos. (Egbert, Richard) (Entered: 01/18/2005) |
| 01/20/2005 | | Judge Judith G. Dein : ElectronicORDER entered granting 18 Motion for Extension of Time as to Gregory F. Tzannos (1) (Quinn, Thomas) (Entered: 01/20/2005) |
| 01/20/2005 | 19 | Judge Judith G. Dein : ElectronicORDER entered. ORDER ON EXCLUDABLE DELAY as to Gregory F. Tzannos Time excluded from 1/18/05 until 2/8/05. (Quinn, Thomas) (Entered: 01/20/2005) |
| 02/08/2005 | 21 | MOTION for Extension of Time to February 15, 2005 to File motions as to Gregory F. Tzannos. (Abaid, Kim) (Entered: 02/09/2005) |
| 02/09/2005 | | NOTICE by The Court of Pre-trial Conference on February 23, 2005 at 10:15 a.m. re: Gregory F. Tzannos (Lovett, Zita) (Entered: 02/09/2005) |
| 02/09/2005 | 20 | NOTICE OF ATTORNEY APPEARANCE Michael L. Tabak appearing for USA. (Tabak, Michael) (Entered: 02/09/2005) |
| 02/15/2005 | 22 | MOTION for Franks Hearing as to Gregory F. Tzannos. (Attachments: # 1 Exhibit)(Abaid, Kim) (Entered: 02/16/2005) |
| 02/15/2005 | 23 | AFFIDAVIT of Counsel in Support of 22 MOTION for Franks Hearing filed by Gregory F. Tzannos, (Abaid, Kim) (Entered: 02/16/2005) |
| 02/17/2005 | | NOTICE by the Court of cancellation: the pre-trial conference scheduled for February 23, 2005 is cancelled. A motion hearing will be scheduled at some future date. (Lovett, Zita) (Entered: 02/17/2005) |
| 03/01/2005 | 24 | MEMORANDUM in Opposition by USA as to Gregory F. Tzannos re 22 MOTION for a Franks Hearing. (Abaid, Kim) (Entered: 03/02/2005) |
| 03/09/2005 | 25 | REPLY BRIEF in Further Support by Gregory F. Tzannos re 22 MOTION for Franks Hearing (Abaid, Kim) (Entered: 03/14/2005) |
| 03/15/2005 | 26 | CORRECTED REPLY BRIEF in Further Support by Gregory F. Tzannos re 22 MOTION for Franks Hearing. (Abaid, Kim) (Entered: 03/16/2005) |
| 03/16/2005 | 27 | Memorandum in Response to Defendant's Reply Brief on Motion for a Franks Hearing as to Gregory F. Tzannos. (Abaid, Kim) (Entered: 03/21/2005) |
| 05/23/2005 | 28 | Assented to MOTION to Modify Conditions of Release as to Gregory F. |

| | | |
|---|---|---|
| | | Tzannos. (Egbert, Richard) (Entered: 05/23/2005) |
| 05/25/2005 | 29 | Assented-To MOTION for a Status Conferenceas to Gregory F. Tzannosby USA. (Abaid, Kim) (Entered: 05/26/2005) |
| 06/02/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 28 Motion to Modify Conditions of Release as to Gregory F. Tzannos (1) (Abaid, Kim) (Entered: 06/02/2005) |
| 06/14/2005 | | NOTICE by the COURT: A STATUS CONFERENCE IS SCHEDULED for July 6, 2005 at 10:15 a.m. in re: Gregory F. Tzannos. (Lovett, Zita) (Entered: 06/14/2005) |
| 07/06/2005 | 30 | Judge Joseph L. Tauro : ORDER entered 22 Motion for Hearing as to Gregory F. Tzannos (1) is ALLOWED. The Franks Hearing is scheduled for September 8, 2005 at 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. The Parties shall submit to this court concise Memoranda of Issues to be Decided by September 5, 2005. (Abaid, Kim) (Entered: 07/12/2005) |
| 07/18/2005 | 31 | MOTION to Modify Conditions of Release as to Gregory F. Tzannos. (Egbert, Richard) (Entered: 07/18/2005) |
| 07/20/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 31 Motion to Modify Conditions of Release as to Gregory F. Tzannos (1) (Abaid, Kim) (Entered: 07/25/2005) |
| 08/03/2005 | 32 | Letter (non-motion) confirming the rescheduling of the hearing to September 29, 2005 at 10:30 AM. as to Gregory F. Tzannos (Abaid, Kim) (Entered: 08/03/2005) |
| 08/09/2005 | | NOTICE by the COURT, the Franks Hearing scheduled for Sept. 8, 2005 is cancelled, it has been re-scheduled to September 28, 2005 at 10:30 a.m. by agreement of the parties as to Gregory F. Tzannos. The Memoranda previously ordered by the Court shall be filed on September 23, 2005. (Lovett, Zita) (Entered: 08/09/2005) |
| 08/24/2005 | 33 | TRANSCRIPT of Status Conference as to Gregory F. Tzannos held on July 6, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 08/24/2005) |
| 09/23/2005 | 34 | Pre-Hearing Memorandum as to Gregory F. Tzannos (Attachments: # 1 Exhibit A# 2 Exhibit B)(Abaid, Kim) (Entered: 09/23/2005) |
| 09/26/2005 | 35 | Pre-Franks Memorandum as to Gregory F. Tzannos (Egbert, Richard) Modified on 9/28/2005 (Abaid, Kim). (Entered: 09/26/2005) |
| 09/27/2005 | 36 | Memorandum as to Gregory F. Tzannos (Egbert, Richard) (Entered: 09/27/2005) |
| 09/28/2005 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Hearing as to Gregory F. Tzannos held on 9/28/2005, order to |

| | | |
|---|---|---|
| | | follow. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 09/28/2005) |
| 09/28/2005 | 37 | Response as to Gregory F. Tzannos: 36 Supplemental Pre-Hearing Memorandum. (Abaid, Kim) (Entered: 09/28/2005) |
| 09/28/2005 | 39 | Judge Joseph L. Tauro : ORDER entered. as to Gregory F. Tzannos (Attachments: # 1 Government's Exhibit 1# 2 Government's Exhibit 2# 3 Defendant's Exhibit A# 4 Defendant's Exhibit B# 5 Defendant's Exhibit C# 6 Defendant's Exhibit D# 7 Defendant's Exhibit E# 8 Exhibit E-A# 9 Exhibit E-B# 10 Exhibit E-C# 11 Exhibit E-D# 12 Exhibit E-E# 13 Exhibit E-F# 14 Exhibit E-G# 15 Exhibit E-H# 16 Exhibit E-I# 17 Exhibit E-J# 18 Exhibit E-K# 19 Exhibit E-L# 20 Exhibit E-M# 21 Exhibit E-N# 22 Exhibit E-O# 23 Exhibit E-P# 24 Exhibit E-Q# 25 Transcript) (Abaid, Kim) Additional attachment(s) added on 10/12/2005 (Abaid, Kim). Modified on 10/12/2005 (Abaid, Kim). (Entered: 10/12/2005) |
| 10/05/2005 | 38 | TRANSCRIPT of Franks Hearing as to Gregory F. Tzannos held on September 28, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/05/2005) |
| 10/26/2005 | 40 | NOTICE OF APPEAL by USA, USA as to Gregory F. Tzannos re 39 Order,,. Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/15/2005. (Attachments: # 1)(Tabak, Michael) (Entered: 10/26/2005) |