UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>GREGORY F. TZANNOS,<br>   a/k/a GREGORY F. TZANNAS | Criminal No. 04-10193-JLT |

## MOTION TO MODIFY TERMS OF
## PRETRIAL RELEASE

Defendant Gregory Tzannos respectfully requests that this Court modify the terms of his pre-trial release to travel to Munich, Germany from July 17, 2006 to July 31, 2006. In support, Mr. Tzannos states as follows:

1. Under the current terms of his release, Mr. Tzannos is not permitted to leave the New England area without the prior approval of this Court.

2. Since he has been released on bail, Mr. Tzannos has met each and every condition imposed upon him, and he will continue to do so for the duration of this case.

3. There has been no change in circumstances that would warrant the Court to believe Mr. Tzannos would not return to Massachusetts to face the charges against him.

WHEREFORE, Mr. Tzannos respectfully requests that this Court grant his Motion to Modify Terms of Pretrial Release to allow him to travel to Munich, Germany from July 17, 2006 through July 31, 2006.

RESPECTFULLY SUBMITTED,
GREGORY TZANNOS,
By his attorneys,


/s/ Richard M. Egbert
Richard M. Egbert, BBO No. 151800
Patricia A. DeJuneas, BBO No. 652997
Law Offices of Richard M. Egbert, PC
99 Summer Street, Suite 1800
Boston, Massachusetts  02110
(617) 737-8222

**CERTIFICATE OF SERVICE**

      I, Richard M. Egbert, hereby certify that I caused a copy of the within to Michael Tabak, AUSA, by first class mail, postage prepaid, this 10th day of April, 2006.

      /s/ Richard M. Egbert
      Richard M. Egbert