UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>-v.- )<br>)<br>GREGORY F. TZANNOS, )<br>  a/k/a GREGORY F. TZANNAS, )<br>)<br>Defendant. ) | Criminal No.  04-10193-JLT |

### GOVERNMENT'S MEMORANDUM IN OPPOSITION TO
### DEFENDANT'S MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

The government hereby opposes defendant Gregory Tzannos's motion to modify his release conditions to permit him to travel to Munich, Germany.

Tzannos has not set forth any reason that would necessitate such a trip, and the government believes that Tzannos should not be permitted, while under indictment on a federal felony charge, to travel outside the United States.

Accordingly, Tzannos's motion should be denied.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael L. Tabak
    MICHAEL L. TABAK
    Assistant U.S. Attorney
    Telephone: (617) 748-3100
    Date: April 21, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

    Patricia A. DeJuneas, Esq.
    Richard M. Egbert, Esq.
    99 Summer Street - Suite 1800
    Boston, MA 02210

    Charles R. Balliro, Esq.
    162 Shore Drive
    Winthrop, MA  02152

This 21st day of April, 2006.

                                          /s/ Michael L. Tabak
                                          Michael L. Tabak
                                          Assistant United States Attorney