# United States Court of Appeals
## For the First Circuit

No. 05-2689

UNITED STATES OF AMERICA,

Appellant,

v.

GREGORY F. TZANNOS, a/k/a Gregory F. Tzannas,

Defendant, Appellee.

**JUDGMENT**

Entered: August 22, 2006

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 8/22/2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order suppressing the evidence is reversed, and the matter is remanded with instructions to the district court to deny the motion to suppress.

By the Court:

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Joseph L. Tauro and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Wyshak, Mr. Tabak, Ms. Chaitowitz, Mr. Balliro, Ms. DeJunes & Mr. Egbert.]