# United States Court of Appeals
## For the First Circuit

USDC/MA
Tauro, J.

No. 05-2689



UNITED STATES OF AMERICA,

Appellant,

v.

GREGORY F. TZANNOS, a/k/a Gregory F. Tzannas,

Defendant, Appellee.

**JUDGMENT**

Entered: August 22, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order suppressing the evidence is reversed, and the matter is remanded with instructions to the district court to deny the motion to suppress.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kritas*
Deputy Clerk

Date: 9/27/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Joseph L. Tauro and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Mr. Wyshak, Mr. Tabak, Ms. Chaitowitz, Mr. Balliro, Ms. DeJunes & Mr. Egbert.]