UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10193-JLT |
| | ) | |
| GREGORY F. TZANNOS, | ) | |
| a/k/a GREGORY F. TZANNAS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR STATUS CONFERENCE AND ORDER OF EXCLUDABLE DELAY**

On September 27, 2006, the mandate issued from the United States Court of Appeals for the First Circuit, remanding this case to this Court, with instructions.

Accordingly, the government respectfully moves that a status conference be scheduled during the week of October 16, 2006 or at such other time as is convenient for this Court, and that an Order be entered excluding the following period of time from the timing requirements of Title 18, United States Code, Section 3161:

The period of time from today through October 16, 2006, or whatever other date this Court may schedule for the next status conference in this case, said exclusion being pursuant to 18 U.S.C. § 3161(h)(1)(F) and in the interest of justice under 18 U.S.C. § 3161(h)(8)(A).

The undersigned Assistant United States Attorney was advised on September 28, 2006 that Richard M. Egbert, Esq., counsel for defendant Tzannos, is currently on trial in Rhode Island, but that it appears that he would be available during the week of October 16, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Michael L. Tabak

Michael L. Tabak
Assistant U.S. Attorney
U.S. Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3203

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered parties.

/s/ Michael L. Tabak
Michael L. Tabak
Assistant United States Attorney

Date: September 28, 2006