UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10193-DPW |
| ) | |
| GREGORY F. TZANNOS, ) | |
| a/k/a GREGORY F. TZANNAS, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

This memorandum is filed pursuant to Local Rule 116.5(C) and this Court's Order of October 3, 2006.

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The parties do not currently anticipate providing additional discovery as a result of future receipt of information, documents, or reports of examination or tests.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested alibi notice of the defendant.

5. The defendant intends to file a suppression motion which would require a ruling by the District Court before trial. The government is not aware of any valid basis for suppression in this case, and submits that the time for filing substantive pretrial motions in this case expired on February 15, 2005.

6. If the defendant is permitted to file a suppression motion, the Court should set a schedule for the filing of the motion by the defendant, and for the government to file a response. The defendant requests that the due date of the suppression motion be on or about December 13, 2006. If the defendant is permitted to file a suppression motion by on or about December 13, 2006,

Page 2

the government would request that it be permitted to file an opposition to the suppression motion by on or about January 26, 2007.

7.    The parties have discussed the possibility of a resolution of the case without trial, but have not reached any agreement.

8.    If the Court permits the defendant to file a suppression motion, the time necessary for the defendant to file the motion and for the government to file a response should be excluded under the Speedy Trial Act.

9.    The parties anticipate that the trial of this matter will last approximately two to three days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Michael L. Tabak
MICHAEL L. TABAK
Assistant U.S. Attorney

/s/ Patricia A. DeJuneas
PATRICIA A. DeJUNEAS
Counsel for defendant Tzannos