UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                          CRIMINAL NO.
                                            04-10193-DPW
GREGORY TZANNOS


**SCHEDULING ORDER AND NOTICE OF TRIAL DATE**

WOODLOCK, District Judge

    After Status Conference held on October 13, 2006, the following Order is hereby set:

1.    A pretrial conference is set for **FEBRUARY 20, 2007 P.M. at 2:00 p.m.** in Courtroom 1 before Judge Douglas P. Woodlock.

2.    A 7 DAY jury trial is RESET for **FEBRUARY 26, 2007 AT 9:00 A.M.** in Courtroom #1 on the 3RD floor before the Honorable Douglas P. Woodlock. Trial will continue day on a 9 to 1 schedule until deliberations.

3.    In preparation for trial, it is hereby ORDERED that: Unless otherwise ordered, but by no later than **FEBRUARY 5, 2007**, counsel for the government and defense shall:

    A.    Exchange proposed written stipulations of fact in a form suitable for presentation to the jury.

    B.    File electronically (2 courtesy copies to Deputy Clerk):

        (1)    All proposed questions each requests the Court to direct to the jury panel during voir dire examination.

        (2)    A Trial Brief addressing anticipated disputes concerning evidentiary issues and other matters of law unless a different date has been specified.

        (3)    Proposed Jury Instructions with

citations to supporting authority.

(4)  Any motions in limine.

4.  No later than the first day of trial and before
impaneling the jury, the government shall submit to the
Court in triplicate, with additional copies for defense
counsel, a list of its witnesses, including their
residences or institutional address, and the name of
the case agent, if any, who is to sit at government
counsel table. Defendant(s) shall submit a list of
prospective alibi witnesses and any other witnesses the
defendant(s) wish brought to the attention of the jury
during voir dire, identified by city or town of
residence or by the institutional address.

5.  All parties shall, prior to the commencement of trial,
mark for identification purposes all proposed exhibits
and materials intended to be used as offered during
trial.  On the first day of trial each party shall file
copies and shall file, in triplicate, a listing of such
proposed exhibits. Such exhibits should be pre-marked
in a numerical sequence and labeled either "Government
Exhibit" or "Defendant Exhibit".

6.  Parties shall contact the deputy clerk to arrange for
training and testing of the electronic evidence
presentation system available in the courtroom.

7.  Counsel are advised of the Court's "5 minute-rule", which
requires that during jury deliberations, counsel may leave
the courtroom, but must appear in court within 5 minutes of
a call from the deputy clerk, in order to respond to any
jury question or for the return of a verdict. Defense
counsel are encouraged, but not required, to bring a
cellular telephone with them during jury deliberations,
should they desire to leave the courtroom to use the library
or the cafeteria, or go to some other location within a 5
minute radius.

BY THE COURT

/s/ Michelle Rynne
Deputy Clerk

Date:  October 16, 2006

USE THIS FORMAT FOR PREPARATION OF EXHIBIT LIST:

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Descrip- tion of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SAMPLE EXHIBIT LIST

(Third, Fourth, Sixth and Seventh Columns
and bracketed material to be completed at trial)

| Exhibit Offered By: | Exhibit Number/ Letter | Marked [yes/no] | Admitted [yes/no] | Descrip- tion of Exhibit | Offered through Witness: | Date Admitted |
|---|---|---|---|---|---|---|
| Plaintiff | 1 | yes | yes | MGH Hospital Record dated 8/5/98 | John Jones | 10/10/98 |
| Defendant | 2 | yes | yes | Boston Police Report dated 8/5/98 | Officer John Smith | 10/11/98 |
| Plaintiff | 3A | yes | yes | 3x5 photo of Plaintiff showing injuries | Plaintiff | 10/11/98 |
| Plaintiff | 3B | yes | yes | 4x6 photo scene of accident | Plaintiff | 10/11/98 |