UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. |
| v. | ) 04-10193-DPW |
| | ) |
| GREGORY TZANNOS | ) |
| Defendant. | ) |

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**
WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **11:00 A.M. ON JANUARY 17, 2007**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

The parties are advised that the Court will not accept a plea agreement, which requires the defendant to waive his/her appeal rights, without a reliable demonstration after full hearing that the waiver is knowing and voluntary. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

BY THE COURT,
/s/ Michelle Rynne
DATE: January 9, 2007                             Deputy Clerk