UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 04-10193-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY TZANNOS, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE PURSUANT TO JANUARY 9, 2007 ORDER

The government respectfully submits that there is no statutory requirement that defendant Tzannos be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. The government believes that it would be appropriate to continue Tzannos's existing conditions of release between the time of his guilty plea and the date of his sentencing.

                  Respectfully submitted,

                  MICHAEL J. SULLIVAN
                  United States Attorney

By:   /s/ Michael L. Tabak
       MICHAEL L. TABAK
       Assistant United States Attorney
       Telephone: (617) 748-3203

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered parties.

                  /s/ Michael L. Tabak
                  Michael L. Tabak
                  Assistant United States Attorney

Date: January 12, 2007