UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GREGORY F. TZANNOS,<br>  a/k/a GREGORY F. TZANNAS | Criminal No. 04-10193-JLT |

## MOTION TO MODIFY SELF-REPORT DATE

Defendant Gregory Tzannos respectfully requests that this Court modify the date by which he is to self-report to the Bureau of Prisons. In support, Mr. Tzannos states as follows:

1. On April 24, 2007, this Court sentenced Mr. Tzannos to a 3 month term of incarceration.

2. At sentencing, this Court granted Mr. Tzannos's request that he be allowed to self-report to the Bureau of Prisons and imposed a self-report date of June 15, 2007.

3. Mr. Tzannos seeks this Court's permission to self-report at an earlier time, specifically, on May 7, 2007.

4. Upon information and belief, the United States Marshal will not allow Mr. Tzannos to self-report on that date unless he does so pursuant to an Order of this Court.

WHEREFORE, Mr. Tzannos respectfully requests that this Court grant his Motion to Modify Self-Report date and enter an Order setting forth a new self-report date of May 7, 2007.

>
> RESPECTFULLY SUBMITTED,
> GREGORY TZANNOS,
> By his attorneys,
>
>
> /s/ Patricia A. DeJuneas
> Richard M. Egbert, BBO No. 151800
> Patricia A. DeJuneas, BBO No. 652997
> Law Offices of Richard M. Egbert, PC
> 99 Summer Street, Suite 1800
> Boston, Massachusetts  02110
> (617) 737-8222

Certificate of Service

I, Patricia A. DeJuneas, hereby certify that I caused a copy of the within to Michael Tabak, AUSA, by first class mail, postage prepaid, this 27th day of April, 2007.

> /s/ Patricia A. DeJuneas
> Patricia A. DeJuneas