UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | **CRIMINAL NO.04-10193-DPW** |
| ) | |
| **GREGORY TZANNOS** ) | |

### ORDER EXTENDING DATE FOR SELF SURRENDER

The motion of the defendant **GREGORY TZANNOS** to modify the date by which he must self surrender is Allowed.

The defendant **GREGORY TZANNOS** is ORDERED to report to the United States Marshal Service, One Courthouse Way, Boston, MA by no later than <u>NOON on MAY 7, 2007.</u>

**DAT: April 30, 2007**                       /s/ Douglas P. Woodlock
                                              **DOUGLAS P. WOODLOCK**
                                              **UNITED STATES DISTRICT JUDGE**