UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-CR-10193-001-DPW |
| | ) | |
| GREGORY TZANNOS | ) | |
|     Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

    Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Gregory Tzannos, by payment in full.

    Respectfully submitted,

    UNITED STATES OF AMERICA
    By its attorneys

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3303

Dated: June 5, 2007

**CERTIFICATE OF SERVICE**

Suffolk, s.s.                                                                  Boston, MA

I hereby certify that on June 5, 2007, this document was filed through the ECF system and sent to Gregory Tzannos' attorney, Richard Egbert, located in Boston, MA, electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

    /s/ Christopher R. Donato
    CHRISTOPHER R. DONATO
    Assistant U.S. Attorney